IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-329-BR

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
        v.                         )          CONSENT JUDGMENT
                                   )
ELIZABETH C. HIGH,                 )
                                   )
            Defendant.             )

By consent of the parties, it is ORDERED that plaintiff have and recover from the defendant the principal sum of $72,665.30 with interest through May 3, 2011 in the amount of $51,274.77, plus interest thereon at the rate of 8.00%, up through the date of entry of this judgment, for a total amount of $ 123,940.07 plus court cost in the amount of $350.00, and all future cost. This order shall bear interest after entry at the rate, under law, of _____0.19____% per annum.

        This the __15__ day of __July_____, 2011.

                                   _____
                          Senior   UNITED STATES DISTRICT JUDGE
                                   Eastern District of North Carolina

CONSENTED TO:

THOMAS G. WALKER
United States Attorney

By: _____
G. NORMAN ACKER, III
Attorney for the Plaintiff
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 645-5368
Norman.acker@usdoj.gov
N.C. Bar No. 12839

Dated: 7/18/11

I hereby acknowledge that I have received a copy of the
Complaint, that I accept service of the Complaint and that I
consent to the entry of this Consent Judgment based on the
contents of said Complaint.

_____
Elizabeth C. High, Defendant

Dated: 6/30/11